STATE of Missouri, Respondent,

v.

Wiley Lee JOHNSON, Appellant.

No. WD 37334.

Missouri Court of Appeals,
Western District.

March 18, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 24, 1986.

Application to Transfer Denied
June 17, 1986.

Kathleen Murphy Markie, Columbia, for appellant.

William L. Webster and John M. Morris, Jefferson City, for respondent.

Before CLARK, C.J., and SHANGLER and KENNEDY, JJ.

PER CURIAM.

Johnson appeals from his convictions of assault in the first degree, § 565.050.1, RSMo Supp.1984, armed criminal action, § 571.015.1, RSMo 1978, and unlawful use of a weapon, § 571.030.1(3), RSMo Supp. 1984, and the resulting sentences.

The judgment is affirmed. Rule 30.25(b).